DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GILBERT FLORES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-00502 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| GILBERT FLORES, JR., | ) ) | Date: May 13, 2011 |
|  | ) | Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference/review hearing in the above-captioned matter now scheduled for May 6, 2011, **may be continued to May 13, 2011 at 10:00 a.m.**

This continuance is requested because counsel for Mr. Flores is scheduled to be out of her office on the date now set for hearing and will not be available to appear in court. Additionally, the continuance will provide the parties additional time for finalization of plea negotiation prior to hearing. The requested continuance will provide continuity of counsel, will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court. Assistant United States Attorney Brian Enos does not object to this request.

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: May 2, 2011                    /s/   Brian Enos
                                    BRIAN ENOS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: May 2, 2011                   /s/   Melody M. Walcott
                                    MELODY M. WALCOTT
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GILBERT FLORES, JR.

## ORDER

**Good Cause exists.**   Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   May 2, 2011**                      /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE