DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GILBERT FLORES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>GILBERT FLORES, JR.,<br><br>    *Defendant.* | NO. 1:10-CR-00502 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:  August 12, 2011<br>Time:  8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the sentencing hearing in the above-captioned matter now scheduled for July 22, 2011, **may be continued to August 12, 2011 at 8:30 a.m.**

This continuance is requested because counsel for Mr. Flores is scheduled to be out of her office from July 8, 2011 through July 29, 2011 due to medical leave, and will not be available to appear in court. The requested continuance will provide continuity of counsel, will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court. Assistant United States Attorney Brian Enos does not object to this request.

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 6, 2011 | /s/  Brian Enos<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 6, 2011 | /s/  Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>GILBERT FLORES, JR. |

**ORDER**

GOOD CAUSE EXISTS FOR THE CONTINUANCE DUE TO MEDICAL REASONS.

IT IS SO ORDERED.

**Dated:   July 6, 2011**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE