```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GILBERT FLORES, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-00502 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; ORDER |
| v. | ) | |
| GILBERT FLORES, JR., | ) | Date: September 2, 2011 |
| Defendant. | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Formal Objections Due | July 15, 2011 | August 19, 2011 |
| Sentencing Hearing | August 12, 2011 - 8:30 A.M. | September 2, 2011 - 8:30 A.M. |

This continuance is requested because counsel for Mr. Flores has been out of her office on medical leave for an extended period of time and needs additional time to prepare any necessary and appropriate objections on defendant's behalf.  The requested continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Brian Enos does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  July 27, 2011        /s/  Brian Enos
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  July 27, 2011        /s/  Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
GILBERT FLORES, JR.

**ORDER**

GOOD CAUSE EXISTS FOR THE CONTINUANCE.

IT IS SO ORDERED.

**Dated:   July 27, 2011**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE