BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for:
The United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00502-LJO |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| GILBERT FLORES, JR., ) | |
| Defendant. ) | |

WHEREAS, on May 23, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Gilbert Flores, Jr. forfeiting to the United States the following property:

        a. Toshiba Laptop Computer seized from defendant by law enforcement on or about November 9, 2010;

        b. E-Machine Desktop Computer seized from defendant by law enforcement on or about November 9, 2010;

        c. Western Digital External Hard Drive seized from defendant by law enforcement on or about November 9, 2010; and

        d. Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized

from defendant by law enforcement on or about November 9, 2010.

AND WHEREAS, beginning on May 27, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Gilbert Flores, Jr.:

    a.  Toshiba Laptop Computer seized from defendant by law enforcement on or about November 9, 2010;

    b.  E-Machine Desktop Computer seized from defendant by law enforcement on or about November 9, 2010;

    c.  Western Digital External Hard Drive seized from defendant by law enforcement on or about November 9, 2010; and

    d.  Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about November 9, 2010.

///

1  2. All right, title, and interest in the above-listed
2 property shall vest solely in the name of the United States of
3 America.
4  3. The Department of Homeland Security, Customs and Border
5 Protection shall maintain custody of and control over the subject
6 property until it is disposed of according to law.
7   IT IS SO ORDERED.
8 **Dated:   September 9, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE